# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Jose Manuel Rojas-Andrade

Case No: 15-260(4)
USM No: 31287-057

Date of Original Judgment: 12/28/2016
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

Robert A. Lengeling
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/28/2016 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 09/22/2026

s/ Paul A. Magnuson
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

Paul A. Magnuson, United States District Court Judge
*Printed name and title*